**DISMISS and Opinion Filed April 30, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-95-00599-CV**

**ENGINE TECH WORLDWIDE TRADING CENTER, INC. A/K/A TECH-ENGINE CENTERS, INC. A/K/A ENGINE TECH, INC. A/K/A TECH-ENGINE REBUILDERS, INC., Appellant**
**V.**
**KRISTEN S. DITTO AND CHRISTOPHER DITTO, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. 93-2180-E**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Partida-Kipness

We reinstate this appeal. This case was abated in 1995 due to bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was dismissed on September 30, 1999, effectively dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the failure to respond would

result in the appeal being dismissed for want of prosecution. *See id.* 42.3(b),(c). To date, no parties have responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id.* 42.3(b),(c).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

950599F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ENGINE TECH WORLDWIDE
TRADING CENTER, INC. A/K/A
TECH-ENGINE CENTERS, INC.
A/K/A ENGINE TECH, INC. A/K/A
TECH-ENGINE REBUILDERS,
INC., Appellant

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. 93-2180-E.
Opinion delivered by Justice Partida-
Kipness. Justices Myers and Garcia
participating.

No. 05-95-00599-CV          V.

KRISTEN S. DITTO AND
CHRISTOPHER DITTO, Appellees

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee KRISTEN S. DITTO AND CHRISTOPHER
DITTO recover their costs, if any, of this appeal from appellant ENGINE TECH
WORLDWIDE TRADING CENTER, INC. A/K/A TECH-ENGINE CENTERS,
INC. A/K/A ENGINE TECH, INC. A/K/A TECH-ENGINE REBUILDERS, INC.

Judgment entered April 30, 2021